# EXHIBIT 4

# STATE COURT NOTICE OF FILING REMOVAL

**23RD JUDICIAL DISTRICT COURT FOR THE PARISH OF ASSUMPTION**

**STATE OF LOUISIANA**

**DOCKET NO. C-40585** **DIVISION A**

**TODD LEBLANC**

**VERSUS**

**ANADARKO PETROLEUM CORPORATION, CHEVRON U.S.A. INC., EXXON MOBIL CORPORATION, HILCORP ENERGY CORPORATION, OCCIDENTAL PETROLEUM CORPORATION, OXY USA, INC., AND PRIDE OIL & GAS PROPERTIES, INC.**

**NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL**

TO: Hon. Jason M. Verdigets
Assumption Parish Clerk of Court
23rd Judicial District Court
607 E. Worthey St.
Gonzales, Louisiana 70737

RE: *Todd LeBlanc v. Anadarko Petroleum Corporation, Chevron U.S.A. Inc., Exxon Mobil Corporation, Hilcorp Energy Corporation, Occidental Petroleum Corporation, Oxy USA, Inc., and Pride Oil & Gas Properties, Inc.*
23rd Judicial District Court, Division A, Parish of Assumption, State of Louisiana
Case No. C-40585

PLEASE TAKE NOTICE that on the 3rd day of September 2026, Defendants Exxon Mobil Corporation, Anadarko Petroleum Corporation, Occidental Petroleum Corporation, Oxy USA Inc., and Chevron U.S.A. Inc. filed a Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court for the Eastern District of Louisiana.

Respectfully Submitted,

/s/ *Hunter A. Chauvin*
Hunter A. Chauvin (La. Bar No. 33771)
hachauvin@liskow.com
Katelyn Davis (La. Bar No. 41212)
kdavis@liskow.com
**LISKOW & LEWIS**
450 Laurel Street, Suite 1601
Baton Rouge, Louisiana 70801
Telephone: (225) 341-4660

-and-

Jamie D. Rhymes (No. 24621)
jdrhymes@liskow.com
**LISKOW & LEWIS**
1200 Camellia Blvd., Suite 300
Lafayette, LA 70508
Telephone: (337) 232-7424
Facsimile: (337) 267-2399

-and-

James E. Lapeze (No. 28377)
jelapeze@liskow.com
Cristian M. Soler (No. 38898)
csoler@liskow.com
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

-and-

Michael P. Cash (No. 31655)
mcash@liskow.com
**LISKOW & LEWIS**
First City Tower
1001 Fannin Street
Houston, Texas 77002-6756
Telephone: (713) 651-2900
Facsimile: (713) 651-2908

***Attorneys for Exxon Mobil Corporation***

-and-

*s/Leigh Ann Schell*__________
Don S. McKinney (#26685)
Leigh Ann Schell (#19811)
Sara C. Valentine (#30773)
Hailey G. Cummiskey (#40745)
Adams & Reese, LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
(504) 581-3234
*don.mckinney@arlaw.com*
*leighann.schell@arlaw.com*
*sara.valentine@arlaw.com*
*hailey.cummiskey@arlaw.com*

***Counsel for Anadarko Petroleum Corporation, Occidental Petroleum Corporation, and Oxy USA Inc.***

-and-

s/Jeffrey J. Gelpi
Michael R. Phillips (#21020)
Louis M. Grossman (#28591)
Claire E. Juneau (#33209)
Jeffrey J. Gelpi (#37130)
Michael A. Levatino, Jr. (#39961)
**KEAN MILLER LLP**
909 Poydras Street, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
mike.phillips@keanmiller.com
louis.grossman@keanmiller.com
claire.juneau@keanmiller.com
jeff.gelpi@keanmiller.com
michael.levatino@keanmiller.com

***Counsel for Chevron U.S.A. Inc.***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all known counsel of record via e-mail, properly addressed.

s/*Hunter A. Chauvin*